STATE of Missouri, Respondent,

v.

Charles D. WILHELM, Appellant.

No. WD 42943.

Missouri Court of Appeals, Western District.

Dec. 11, 1990.

John A. Klosterman, Columbia, for appellant.

William L. Webster, Atty. Gen., David J. Hansen, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM:

Defendant appeals from convictions of first degree assault and second degree assault, §§ 565.050, 565.060, RSMo 1986, in his second trial after the decision was remanded for instructional error in *State v. Wilhelm*, 774 S.W.2d 512 (Mo.App.1989). Defendant now claims the trial court erred in overruling his motion for judgment of acquittal because the evidence was insufficient to support the jury's verdict.

The judgment of conviction is affirmed. Rule 30.25(b).